IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00237-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY WAITER WILLIAMS,

    Defendant.

ORDER

This matter comes before the court on the Government's motion to continue the April 30, 2024 trial [DE 159]. The United States indicates that Defendant opposes the request. No later than March 22, 2024, Defendant shall file a response explaining the basis for his position.

SO ORDERED this 15th day of March, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE