IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00237-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY WAITER WILLIAMS,<br><br>    Defendant. | ORDER |

    This matter comes before the court sua sponte. Due to an internal scheduling conflict, the court amends the Second Amended Trial Scheduling Order [DE 170] as follows: The court will hold a final pretrial conference on May 6, 2024 at 10:00 a.m. in Courtroom 1, Wilmington. On or before April 26, 2024, the parties shall submit any updates to their proposed voir dire questions, requests for jury instructions, and proposed verdict forms.

    All other deadlines shall remain as set forth in the Seconded Amended Trial Scheduling Order [DE 170].

    SO ORDERED this 11th day of April, 2024.

                                                                       RICHARD E. MYERS II
                                                                     CHIEF UNITED STATES DISTRICT JUDGE