UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-237-M-1

UNITED STATES OF AMERICA,

VS.   **ORDER**

ANTHONY WAITER WILLIAMS.

IT IS HEREBY ORDERED that the following government exhibits admitted into evidence on May 22, 2024, be turned over to the case agent, Jacob Wescoe, to be retained in his custody until this case is completed, including any matters on appeal:

| Exhibit No. | Description |
|---|---|
| 14 | **Draco Firearm** |
| 16 | **Smith & Wesson Firearm** |
| 15 | **Springfield XD Firearm** |

This 22d day of May, 2024.

Richard E. Myers II
Chief U.S. District Judge

Agent's signature: _____