IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00237-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| ANTHONY WAITER WILLIAMS, | |
| Defendant. | |

This matter comes before the court on Defendant's motion to dismiss the indictment [DE 202]. The instant motion was filed on May 23, 2024. As the court previously indicated, the court would take this matter under advisement after the conclusion of the trial on May 24, 2024.

To ensure the fair disposition of the instant motion, the court ORDERS the United States to respond to the motion on or before June 12, 2024.

SO ORDERED this 29th day of May, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE