IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-237-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| ANTHONY WAITER WILLIAMS, | |
| Defendant. | |

This matter comes before the court on Defendant's Motion for New Trial [DE 218]. Defendant argues "that the conviction offered to the Jury by the Government in support of the Government's request for a 21 U.S.C. § 851 enhancement is not a conviction for the Defendant." DE 218 at 1.

To ensure the fair disposition of the instant motion, the court ORDERS the United States to respond to the motion on or before July 12, 2024.

SO ORDERED this 28th day of June, 2024.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE