IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-237-M

UNITED STATES OF AMERICA,

    Plaintiff,

v().

ANTHONY WAITER WILLIAMS,

    Defendant.

ORDER

This matter comes before the court on the United States' Motion for Limited Unsealing of a Presentence Report in Case No. 2:90-cr-32 [DE 235]. For good cause shown, the motion is GRANTED. The United States Probation Office for the Eastern District of North Carolina is PERMITTED to provide Kelly L. Sandling, Assistant United States Attorney for the Eastern District of North Carolina, with a copy of the presentence investigation report in Case No. 2:90-cr-32 of the United States District Court for the Southern District of West Virginia. The presentence investigation report shall remain sealed for all other purposes.

The clerk of court shall provide a copy of this order to the United States Probation Office.

SO ORDERED this 5th day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE