IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00237-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY WAITER WILLIAMS,

    Defendant.

ORDER

    This matter comes before the court on Defendant's Motion Pursuant to Rule 33 [DE 218] and the Government's Motion to Withdraw 851 Enhancement and Proceed with Sentencing. [DE 238]. Defendant moves for a new trial as to the 18 U.S.C. § 851 enhancement, contending that during Phase II of the trial, a conviction was submitted to the jury that did not refer to Defendant. [DE 218 at 1]. The Government, in response, concedes error. [DE 238 at 3]. It admits that Government's Exhibit 68—a judgment from the Southern District of West Virginia (case number 3:98-CR-00048-005)—referred to "a different Anthony Williams." *Id.* Accordingly, the Government offers "that while the Defendant would be eligible for the enhancement . . . due to a previous federal conviction . . . [t]he introduction of this conviction into evidence likely confused the jury and would require (at a minimum) a new trial on the § 851 issue." *Id.* The Government moves to withdraw the § 851 enhancement.

    For good cause shown, the Government's motion [DE 238] is GRANTED, and Defendant's motion [DE 218] is DENIED AS MOOT. The court accepts the parties' joint position,

and it will neither apply a § 851 enhancement nor consider the conviction described in Government's Exhibit 68 when calculating Defendant's criminal history category.

SO ORDERED this 9th day of January, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE